**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**MOLLY RAE ANDERSON, individually and on behalf of all others similarly situated,**

***Plaintiff,***

**v.**

**THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY, LLC, ARITY 875, LLC, and ARITY SERVICES, LLC,**

***Defendants.***

Case No.: 2:25-cv-00596-GAW

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Upon review of the parties' Joint Stipulation to Transfer Case to the United States District Court for the Northern District of Illinois, and good cause appearing therefore, IT IS HEREBY ORDERED THAT, in the interests of judicial economy, consistency, and efficiency, this case is hereby TRANSFERRED for all further proceedings to the United States District Court for the Northern District of Illinois. The Clerk is directed to transfer this case to the United States District Court for the Northern District of Illinois forthwith.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 24, 2025, 2025

Honorable Gail A. Weilheimer
United States District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**MOLLY RAE ANDERSON, individually and on behalf of all others similarly situated,**

***Plaintiff,***

**v.**

**THE ALLSTATE CORPORATION, ALLSTATE INSURANCE COMPANY, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, ARITY, LLC, ARITY 875, LLC, and ARITY SERVICES, LLC,**

***Defendants.***

Case No.: 2:25-cv-00596-GAW

**JOINT STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

This Stipulation is made and entered into between Molly Rae Anderson ("Plaintiff") and The Allstate Corporation; Allstate Insurance Company; Allstate Vehicle and Property Insurance Company; Arity, LLC; Arity 875, LLC; and Arity Services, LLC ("Defendants"), (together with Plaintiff, the "Parties"), by and through their respective counsel, hereby respectfully requests this Court transfers this action to the Northern District of Illinois as follows:

WHEREAS, on February 4, 2025, Plaintiff filed this putative class action complaint (the "Complaint") alleging Defendants "collected data on their clients' location and driving habits without their clients' consent." (ECF No. 1 ¶ 2);

WHEREAS, on January 14, 2025, a class action complaint was filed against the same Defendants in the United States District Court for the Northern District of Illinois alleging substantially similar claims based on the same underlying factual allegations. *Demetric Sims v. The Allstate Corporation et al.*, No. 1:25-cv-00407 (N.D. Ill., Jan. 14, 2025) ("*Sims*");

WHEREAS, seven other putative class action complaints since have been filed against the same Defendants in the Northern District of Illinois alleging substantially similar claims based on the same underlying factual allegations detailed in Plaintiff's Complaint, *see Kimberleigh Duffield v. The Allstate Corporation, et al.*, Case No. 1:25-cv-00609 (N.D. Ill. Jan. 17, 2025) ("*Duffield")*; *Amanda Bare and Christina Hartzell v. The Allstate Corporation, et al.*, Case No. 1:25-cv-00621 (N.D. Ill. Jan. 17, 2025) ("*Bare*"); *Kaytlin Roque v. The Allstate Corporation, et al.*, Case No. 1:25-cv-00709 (N.D. Ill. Jan. 21, 2025) ("*Roque*"); *James Eppley, et al. v. The Allstate Corporation, et al.*, Case No. 1:25-cv-00815 (N.D. Ill. Jan. 23, 2025) ("*Epply*"); *Michael Azar v. The Allstate Corporation, et al.*, Case No. 1:25-cv-00866 (N.D. Ill. Jan. 24, 2025) ("*Azar*"); *Rita Streifel v. The Allstate Corporation, et al.*, Case No. 1:25-cv-00940 (N.D. Ill. Jan. 28, 2025) ("*Streifel*"); *Arellano et al. v. The Allstate Corporation et al.*, Case No. 1:25-cv-01256 (N.D. Ill. Feb. 5, 2025) ("*Arellano*");

WHEREAS, Defendants have not yet answered or otherwise responded to the complaints in *Sims, Duffield, Bare, Roque, Epply, Azar, Streifel, or Arellano*;

WHEREAS, on February 4, 2025, Plaintiffs in *Sims, Duffield, Bare, Roque, Epply, Azar, and Streifel* jointly filed an Unopposed Motion For a Finding of Relatedness and Reassignment before Judge Jeremy C. Daniel in the Northern District of Illinois, *see* ECF No. 9 in *Sims v. Allstate*, No. 1:25-cv-00407 (N.D. Ill., Feb. 4, 2025), and Judge Daniel has taken that Unopposed

Motion under advisement, *see* ECF No. 17 in *Sims v. Allstate*, No. 1:25-cv-00407 (N.D. Ill., Feb. 6, 2025);

WHEREAS, Defendants have their principal places of business in the Northern District of Illinois, where their headquarters are located;

WHEREAS, the Parties have conferred and agree that a stipulation to transfer Plaintiff's case to the Northern District of Illinois is in the interests of judicial economy, consistency, and efficiency;

WHEREAS, this stipulation is entered into without prejudice to either Party and shall in no way be construed as affecting the underlying merits of any case;

WHEREAS, Plaintiff does not concede the "first filed" doctrine applies to this case or that this Court lacks personal jurisdiction over Defendants; and

WHEREAS, Defendants do not waive any defenses or otherwise admit the allegations in Plaintiff's Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for both Parties that, subject to the approval of the Court, this case shall be transferred to the United States District Court for the Northern District of Illinois in the Eastern Division.

**IT IS SO STIPULATED.**

Dated: February 18, 2025

Respectfully submitted,

/s/ Stuart A. Carpey
**CARPEY LAW, P.C.**
Stuart A. Carpey
600 W. Germantown Pike, Suite 400
Plymouth Meeting, PA 19462
Tel: 610-834-6030
Fax: 610-825-7579
scarpey@carpeylaw.com
*Attorneys for Plaintiff and Putative Class*

-AND-

/s/ H. Javier Kordi
**SIDLEY AUSTIN LLP**
H. Javier Kordi
1 S. Dearborn Street
Chicago, IL 60603
Telephone: (312)-853-7000
Fax: (312) 853-7036
jkordi@sidley.com

*Attorney for Defendants*